GEORGE L. MUNROE et al., Appellants, *v.* PRISCILLA H. JUDSON, Respondent.

*Munroe* v. *Judson,* 82 Hun, 215, affirmed.
(Argued January 28, 1897; decided February 12, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fourth judicial department, entered December 17, 1894, which affirmed a judgment in favor of defendant entered upon the report of a referee.

*Francis E. Hamilton* for appellants.

*F. G. Fincke* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except MARTIN, J., not sitting.

---

WILLIAM C. BENFIELD, Appellant, *v.* THE VACUUM OIL COMPANY, Respondent.

(Argued January 29, 1897; decided February 12, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fifth judicial department, entered June 7, 1894, which affirmed a judgment in favor of defendant entered upon a verdict directed by the court.

*Eugene Van Voorhis* for appellant.

*William F. Cogswell* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.